```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
DAVID FERNANDEZ,

                        Plaintiff,

        - against -                              O R D E R

THE CITY OF NEW YORK, THE NEW YORK CITY         08 Civ. 3784 (NRB)
POLICE DEPARTMENT, JOHN DOE "A" HISPANIC
OFFICER AT TRAIN STATION, JOHN DOE "B"
CAUCASIAN OFFICER AT TRAIN STATION,

                        Defendants.
-----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The complaint in this action having been filed on April 22, 2008, and the Court having informed plaintiff's counsel by letter, dated July 16, 2008 of the obligation pursuant to Rule 4(m) of the Federal Rules of Civil Procedure to serve the summons and complaint within 120 days of filing, and no response to that letter having been received, and there being no evidence of service, it is hereby

**ORDERED** that the complaint be dismissed without prejudice.

Dated:   New York, New York
         August 21, 2008

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

David Fernandez
1804 Astoria Boulevard, #3R
Astoria, NY 11102